IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARK A. SAMUELS, | ) |
| | ) |
| Petitioner/Defendant, | ) |
| | )   CIVIL NO. 09-cv-244-MJR |
| vs. | ) |
| | )   CRIMINAL NO. 04-cr-30155 |
| UNITED STATES of AMERICA , | ) |
| | ) |
| Respondent/Plaintiff. | ) |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

This matter is before the Court on Petitioner's motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255. Petitioner was found guilty, after a jury trial, of aiding and abetting a felon in possession of a firearm in violation of 18 U.S.C. §§ 2 and 922(g)(1). *United States v. Samuels*, Case No. 04-cr-30155 (S.D. Ill.). Petitioner was sentenced to 78 months imprisonment. *Id*. Petitioner's conviction and sentence were affirmed on direct appeal. *United States v. Samuels*, Case No. 06-3713 (7th Cir. April 10, 2008).

In his § 2255 motion, Petitioner asserts: (1) that his sentence violated his Sixth Amendment right to a jury trial; (2) that his counsel provide ineffective assistance; and (3) that the trial court violated his "right to plea" when it rejected his *Alford* plea

The Court **ORDERS** the Government to file a response to Petitioner's motion  within **THIRTY (30) DAYS** of the date of this Order. The Government shall, as part of its response, attach

all relevant portions of the record.

**IT IS SO ORDERED**.

**DATED this 7th day of November, 2009.**

s/ Michael J. Reagan
MICHAEL J. REAGAN
United States District Judge
